NATHANIEL MESHEKOW ET AL. *v.* RAYMOND
MUSCARELLA ET AL.
(AC 17275)

Foti, Landau and Sullivan, Js.

Submitted on briefs March 5—officially released March 31, 1998

Per Curiam. The judgment is affirmed.

PHILIP TRAFICONDA *v.* COMMISSIONER OF
CORRECTION
(AC 16947)

Foti, Lavery and Spear, Js.

Argued March 16—officially released March 31, 1998

Per Curiam. We find that the trial court did not abuse its discretion by denying the petitioner certification to appeal. We find that the petitioner did not meet his burden of showing that there was a clear abuse of discretion or that an injustice was done. See *Simms* v. *Warden,* 230 Conn. 608, 646 A.2d 126 (1994); *Stovall* v. *Commissioner of Correction,* 43 Conn. App. 552, 684 A.2d 731 (1996), cert. denied, 239 Conn. 958, 688 A.2d 329 (1997).

The appeal is dismissed.

AMERSIG GRAPHICS, INC. *v.* RENT MOTHER
NATURE, INC.
(AC 16631)

Foti, Lavery and Spear, Js.

Argued March 16—officially released March 31, 1998

Per Curiam. The judgment is affirmed.